# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  RELOCATION OF MAGISTERIAL  :  NO. 400
DISTRICT 11-1-02 WITHIN THE  :
ELEVENTH JUDICIAL DISTRICT OF THE  :  MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA  :

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of July 2016, upon consideration of the Petition for Relocation of Magisterial District 11-1-02 of the Eleventh Judicial District (Luzerne County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the relocation of Magisterial District 11-1-02 within Luzerne County, outside of the boundaries of the magisterial district from which the judge is elected, to be effective immediately, is granted.

Said Magisterial District shall be located within the boundaries of Magisterial District 11-1-01 within Luzerne County.